UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MELVIN C. LEWIS,

                            Plaintiff,

                v.                        9:06-CV-504
                                                  (FJS/RFT)

GLENN S. GOORD, DOCS Commissioner;
H.D. GRAHAM, Superintendent of Auburn
Correctional Facility; DAVID STALLONE,
Deputy Superintendent; and SUPERVISORY
STAFF,

                            Defendants.
_____

| APPEARANCES | OF COUNSEL |
|---|---|
| MELVIN C. LEWIS<br>00-B-1401<br>Eastern New York Correctional Facility<br>P.O. Box 338<br>Napanoch, New York 12458<br>Plaintiff *pro se* | |
| OFFICE OF THE NEW YORK<br>STATE ATTORNEY GENERAL<br>The Capitol<br>Albany, New York 12224<br>Attorneys for Defendants | BRUCE J. BOVIN, AAG |

**SCULLIN, Senior Judge**

## ORDER

       In a Report-Recommendation and Order dated September 25, 2007, Magistrate Judge Treece recommended that this Court grant Defendants' motion to dismiss Plaintiff's complaint. *See* Dkt. No. 29.  Plaintiff filed objections to this recommendation.  *See* Dkt. No. 30.

       Plaintiff's objections are a series of statements having little or nothing to do with the

claims he asserts in his complaint; and, to the extent that his objections address his claims or Magistrate Judge Treece's recommendations, the Court finds his objections without merit. Therefore, because the Court finds that Magistrate Judge Treece's recommendations are legally correct, the Court hereby

**ORDERS** that Magistrate Judge Treece's September 25, 2007 Report-Recommendation and Order is **ADOPTED IN ITS ENTIRETY for the reasons stated therein**; and the Court further

**ORDERS** that Defendants' motion to dismiss Plaintiff's complaint is **GRANTED**; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in Defendants' favor and close this case.

**IT IS SO ORDERED.**

Dated: March 31, 2008
      Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge